### (October 15, 1956)

■ ETHEL B. EISENMAN, Respondent, v. JULIUS EISENMAN, Appellant.— In an action for separation the appeal is from so much of an order as grants respondent's cross motion for counsel fees and makes an allowance of $250 as and for counsel fees. Order, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.